722 A.2d 928

IN THE MATTER OF PASQUALE J. CARDONE,
AN ATTORNEY AT LAW.

January 28, 1999.

## ORDER

The Disciplinary Review Board on October 22, 1998, having filed with the Court its decision concluding that **PASQUALE J. CARDONE** of **NORTHFIELD**, who was admitted to the bar of this State in 1976, should be suspended from the practice of law for a period of three years for violating *RPC* 1.8(a) (entering into an improper business transaction with a client), *RPC* 1.15 and *Rule* 1:21–6 (failure to maintain proper records), and *RPC* 8.4(c) (engaging in conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **PASQUALE J. CARDONE** is suspended from the practice of law for a period of three years, and until further Order of the Court, effective February 26, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.